GARRETT NEAGLE, as Administrator of the Estate of GARRETT NEAGLE, JR., Deceased, Appellant, *v.* THE SYRACUSE, BINGHAMTON AND NEW YORK RAILROAD COMPANY, Respondent, Impleaded with Another.

*Neagle* v. *Syracuse, B. & N. Y. R. R. Co.*, 129 App. Div. 936, affirmed. (Argued January 11, 1910; decided January 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 24, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have occurred through the negligence of the defendant, his employer.

*Frank C. Sargent* for appellant.

*A. D. Jenney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.